# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bayer HealthCare LLC
                                        Plaintiff,

v.                                                          Case No.: 1:23−cv−04391
                                                          Honorable Lindsay C. Jenkins

Aeropres Corporation
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 4, 2023:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Status hearing held. For the reasons stated in open Court, Defendant's motion to stay discovery [21] is denied. Defendant's motion to dismiss Bayer Healthcare's complaint [13] is entered and continued. Plaintiff shall respond by 10/25/2023; Defendant shall reply by 11/15/2023. Rule 26(a)(1) disclosures shall be served by 11/3/2023. Initial written discovery requests shall be served by 11/3/2023. Fact discovery shall be noticed in time for completion by 5/3/2024. By 4/12/2024, the parties shall file a status report as to discovery. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.